**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00787-JLK
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**SETH C. MANSON**,

      Plaintiff,

v.

**JP MORGAN CHASE BANK NATIONAL ASSOCIATION**, **Et Al.**,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On April 15, 2015, Plaintiff, Seth C. Mason, filed a Notice of Appeal from Bankruptcy Court (ECF No. 2).  On April 30, 2015, he submitted a "Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915 (ECF No. 6).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   __   is not submitted
(2)   _X_  is not on proper form (must use the Court's current form) (D.C.COLO.LCivR 5.1)
(3)   _X_  is missing original signature by Plaintiff
(4)   _X_  is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   _X_  other: In the alternative, Plaintiff may pay the $298 docketing fee (See ECF No. 4).

In addition, on April 14, 2015, Mr. Manson was notified that the Designation of the Record and Statement of Issues on Appeal were due on or before 4/28/2015 (See ECF No. 3). This action is deficient by Plaintiff's failure to have filed this pleading within the time prescribed. Mr. Manson is required to file this pleading if he intends to pursue this action (See ECF No. 8). Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. No extensions of time will be granted without good cause shown. It is

**FURTHER ORDERED** that Plaintiff shall obtain the Court-approved form used in filing an Application to Proceed in District Court without Prepaying Fees or Costs, along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies. It is

**FURTHER ORDERED** that Plaintiff shall file the Designation of the Record and Statement of Issues on Appeal **within thirty days from the date of this Order**. It is

**FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED June 4, 2015, at Denver, Colorado.

BY THE COURT:

s/ *John L. Kane*
SENIOR U.S. DISTRICT JUDGE