IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00787-JLK

**SETH C. MANSON**,

    Plaintiff,

v.

**JP MORGAN CHASE BANK NATIONAL ASSOCIATION**, **Et Al.**,

    Defendants.

## AMENDED ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On June 24, 2015, the Court granted Plaintiff's Application to Proceed in District Court Without Prepayment of Fees or Costs (Doc. 12). However, the Plaintiff has not cured the other deficiencies outlined in the Order Directing Plaintiff to Cure Deficiencies (Doc. 9).

In particular, on April 14, 2015, and again on June 4, 2015 (*see* Docs. 3 & 9), Mr. Manson was notified that the Designation of the Record and Statement of Issues on Appeal was due on or before April 28, 2015. Plaintiff has failed to file this pleading within the time prescribed, and is required to file this pleading if he intends to pursue this action (*See* Doc. 8). This Court cannot give legal advice. Accordingly, it is:

**ORDERED** that if Plaintiff fails to cure the deficiencies described above by filing the required Designation of the Record and Statement of Issues on Appeal **on or before July 22, 2015,** this action will be dismissed without further notice.

DATED July 8, 2015, at Denver, Colorado.

                                      BY THE COURT:

                                      *s/ John L. Kane*
                                      SENIOR U.S. DISTRICT JUDGE