IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00787-JLK

**SETH C. MANSON**,

    Plaintiff,

v.

**JP MORGAN CHASE BANK NATIONAL ASSOCIATION**, **Et Al.**,

    Defendants.

## ORDER

Pursuant to the Order (Doc.9) dated June 4, 2015, directing the Plaintiff to cure deficiencies and to file the Designation of the Record and Statement of Issues on Appeal within 30 days, and the Plaintiff failing to do so, it is:

**ORDERED** that this appeal is dismissed.

DATED July 27, 2015, at Denver, Colorado.

                            BY THE COURT:

                            s/ *John L. Kane*
                            SENIOR U.S. DISTRICT JUDGE